# IN THE SUPREME COURT OF THE STATE OF NEVADA

KAREN Y. TERRY,
　　　　　　　　Appellant,
vs.
JOHN KEVIN SONNIER,
　　　　　　　　Respondent.

No. 78378

**FILED**

JUL 1 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court's March 13, 2019, decision regarding an objection to a hearing master's recommendation in a matter related to child support arrears. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The district court's March 13, 2019, oral decision and minute order are of no effect and cannot be appealed. *See State, Div. Child & Fam. Services v. Eighth Judicial Dist. Court*, 120 Nev. 445,454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective."). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____ Pickering , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

19-29737

cc: Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Karen Y. Terry
John Kevin Sonnier
Eighth District Court Clerk